# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| **QUETIN MONDAY,**<br>**Individually and on behalf**<br>**of all others similarly situated,** | § Civil Action No. 2:22-CV-00041-MHW-EPD<br>§<br>§<br>§ |
| *Plaintiff,* | § **JURY TRIAL DEMANDED**<br>§ |
| v. | § **COLLECTIVE ACTION**<br>§ **PURSUANT TO 29 U.S.C. § 216(b)** |
| **WHITE HAWK RETAIL SERVICES LLC and**<br>**FALCON RETAIL SERVICES, LLC** | §<br>§ **CLASS ACTION**<br>§ **PURSUANT TO FED. R. CIV. P. 23** |
| *Defendants.* | § |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FOR CONDITIONAL CERTIFICATION

Plaintiff Quetin Monday, individually and on behalf of all Putative Class Members ("Plaintiff") through his undersigned counsel, respectfully request that the Court extend the April 18, 2022, deadline to file for Conditional Certification (ECF No. 29) by thirty (30) days until May 18, 2022. This is Plaintiff's first request for an extension. Plaintiff makes this request because one of the Parties, Falcon Retail Services, LLC ("Falcon") has yet to appear. Plaintiff thus has been unable to confer with the absent Party regarding Plaintiff's Motion for Conditional Certification. On information and belief, Defendant Falcon is in the process of obtaining counsel and appearing herein. Defendant White Hawk Retail Services, LLC does not oppose Plaintiff's request for an extension.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Unopposed Motion to Extend the Deadline to File for Conditional Certification from April 18, 2022, to May 18, 2022.

Date:   April 15, 2022           Respectfully submitted,

By:   /s/ *Robert E. DeRose*
       **Robert E. DeRose** (OH Bar No. 005214)
       bderose@barkanmeizlish.com
       **BARKAN MEIZLISH DEROSE COX, LLP**
       4200 Regent Street, Suite 210
       Columbus, Ohio 43219
       Telephone: (614) 221-4221
       Facsimile: (614) 744-2300

By:   /s/ *Clif Alexander*
       **Clif Alexander** (admitted *pro hac vice*)
       Texas Bar No. 24064805
       clif@a2xlaw.com
       **Austin W. Anderson** (admitted *pro hac vice*)
       Texas Bar No. 24045189
       austin@a2xlaw.com
       **Carter T. Hastings** (admitted *pro hac vice*)
       Texas Bar No. 24101879
       carter@a2xlaw.com
       **ANDERSON ALEXANDER, PLLC**
       819 N. Upper Broadway
       Corpus Christi, Texas 78401
       Telephone: (361) 452-1279
       Facsimile: (361) 452-1284

       *Counsel for Plaintiff and the Putative Collective/Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Ohio, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

       /s/ *Clif Alexander*
       Clif Alexander