# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| **QUETIN MONDAY,**<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**WHITE HAWK RETAIL SERVICES LLC and FALCON RETAIL SERVICES, LLC**<br><br>*Defendants.* | Civil Action No. 2:22-CV-00041-MHW-EPD<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiff, Quetin Monday, individually and on behalf of all current Opt-In Plaintiffs and Settlement Collective Members (collectively, "Plaintiffs"), and Defendants, White Hawk Retail Services, LLC ("White Hawk") and Falcon Retail Services, LLC ("Falcon") (collectively, "Defendants") have settled their FLSA and state law claims per the accompanying Settlement Agreement and Release ("Settlement") attached as Exhibit 1. Although the Sixth Circuit has not specifically addressed the issue, most judges agree that FLSA settlements must be judicially reviewed for fairness. As discussed in the accompanying memorandum of law, judicial approval is warranted.

**WHEREFORE,** Plaintiffs respectfully ask the Court to grant this motion and approve the settlement as to Defendants. Full analysis is contained within the accompanying memorandum of law, and a proposed order is attached.

Dated: September 21, 2022					Respectfully Submitted,

**ANDERSON ALEXANDER, PLLC**

By:	*/s/ Clif Alexander*
	**Clif Alexander** (Admitted Pro Hac Vice)
	Texas Bar No. 24064805
	clif@a2xlaw.com
	**Austin W. Anderson** (Admitted Pro Hac Vice)
	Texas Bar No. 24045189
	austin@a2xlaw.com
	819 N. Upper Broadway
	Corpus Christi, Texas 78401
	Telephone: (361) 452-1279
	Facsimile: (361) 452-1284

**BARKAN MEIZLISH DEROSE COX, LLP**

By:	*/s/ Robert E. DeRose*
	**Robert E. DeRose** (OH - 0055214)
	bderose@barkanmeizlish.com
	**Brian R. Noethlich** (OH - 0086933)
	bnoethlich@barkanmeizlish.com
	4200 Regent Street, Suite 210
	Columbus, OH 43219
	Telephone: (614) 221-4221
	Fax: (614) 744-2300

*Counsel for Plaintiffs & Settlement Collective Members*

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Ohio using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

			*/s/ Clif Alexander*
			Clif Alexander